UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1   OSCAR GATEWOOD, III,

    Defendant.
_____/

Case:2:10-cr-20246
Judge: Lawson, David M.
MJ: Randon, Mark A.
Filed: 05-11-2010 At 08:13 AM
INFO USA V. GATEWOOD (DA)

VIOLATION: 29 U.S.C. § 439(c)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
(29 USC 439(c) - Concealment of Record)

On about April 18, 2006, in the Eastern District of Michigan, Southern Division, defendant OSCAR GATEWOOD, III, who was then the president of United Steelworkers of America Local 842, willfully concealed and withheld the basis for withdrawing $195 from the Local 842 savings account at Huntington Bank, which money GATEWOOD used for his own purposes, and which record required to be maintained under Title 29, United States Code.

All in violation of Title 29, United States Code, Section 439(c).

    BARBARA L. McQUADE
    United States Attorney

    s/LYNN HELLAND
    Assistant United States Attorney
    Special Prosecutions Unit
    211 W. Fort Street, Suite 2001
    Detroit, Michigan 48226
    Phone: (313)226-9730
    E-Mail: lynn.helland@usdoj.gov
    Bar No.: P32192

Dated: May 11, 2010

| United States District Court<br>Eastern District of Michigan | Criminal Case Co[ver] | Case: 2:10-cr-20246<br>Judge: Lawson, David M.<br>MJ: Randon, Mark A.<br>Filed: 05-11-2010 At 08:13 AM<br>INFO USA V. GATEWOOD (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to co[nfirm]

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008   [ ]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)¹: | Judge Assigned: |
| ☐ Yes   ■ No | AUSA's Initials: _(signature)_ |

Case Title: USA v. OSCAR GATEWOOD, III

County where offense occurred : WAYNE

Check One:    ☐ Felony        ■ Misdemeanor        ☐ Petty

   **X** Information -- no prior complaint.
   ____Indictment/____Information --- based upon prior complaint [Case number: _____]
   ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____
   ☐ Original case was terminated; no additional charges or defendants.
   ☐ Corrects errors; no additional charges or defendants.
   ☐ Involves, for plea purposes, different charges or adds counts.
   ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

May 11, 2010
Date

_(signature)_
LYNN A. HELLAND
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9730
Fax: (313) 226-3413
E-Mail address: lynn.helland@usdoj.gov
Attorney Bar #: P32192

---

¹ Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09